**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02494-ZLW

JOE M. TONEY, JR.,

    Applicant,

v.

BLAKE R. DAVIS, Warden,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On January 27, 2011, Applicant filed a "Motion to Withdraw Notice of Appeal," (Doc. # 21) and a "Motion to Withdraw Order Denying Leave to Proceed In Forma Pauperis on Appeal," (Doc. # 22). The Motions (Doc. # 21 & # 22) are DENIED. Because this action is pending on appeal this Court lacks jurisdiction to consider Applicant's Motions.

    Dated: January 28, 2011